DOROTHY, Respondent, vs. PECK, Appellant.

*March 16 — April 25, 1889.*

APPEAL from the Circuit Court for *Washburn* County.

LYON, J. Pursuant to a stipulation of the parties that this action shall abide the result of the case of *McKenzie v. Peck, ante*, p. 208 (decided herewith), the judgment in that case will be entered herein.